UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| LEANNA RAYE OWENS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:12-CV-209 |
| v. ) | |
| ) | Collier/Lee |
| COMMISSIONER OF SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

## **JUDGMENT ORDER**

On April 5, 2013, United States Magistrate Judge Susan K. Lee filed a report and recommendation ("R&R") in this case, pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b) (Court File No. 13). Neither party has objected to the R&R within the given fourteen days.

After reviewing the record, the Court agrees with the R&R. The Court hereby **ACCEPTS** and **ADOPTS** the magistrate judge's findings of fact, conclusions of law, and recommendations.

Accordingly, the Court **ORDERS**:

(1) Plaintiff's motion for summary judgment is **DENIED** (Court File No. 9);

(2) The Commissioner's motion for summary judgment is **GRANTED** (Court File No. 11);

(3) The Commissioner's decision denying benefits is **AFFIRMED**.

Because no further matters remain for adjudication, the Clerk of Court is directed to **CLOSE** the case.

**SO ORDERED.**

**ENTER:**

                                        **/s/**
                                        **CURTIS L. COLLIER**
                                        **UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
  s/ Debra C. Poplin
  CLERK OF COURT